■ DEAK & Co., INC., Appellant, v. BANCO NUNEZ, Respondent.— Order entered on September 29, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. The examination shall proceed at Special Term, Part II, New York County, on January 4, 1962 at 11:00 A.M. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ OPHELIA MOTLEY, Respondent, v. 79TH STREET ASSOCIATES, Appellant. — Order entered on May 29, 1961 unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ MAXWELL KURCIAS, Respondent, v. AXELROD CONSTRUCTION Co. et al., Appellants.— Order entered on May 29, 1961 unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM OLIVO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ CHARLES BATTISTA v. IDA LIUZZI et al.— Motion for leave to appeal as poor persons denied without prejudice, however, to a renewal thereof upon proper papers. Concur — Rabin, J. P., Breitel, Valente, McNally and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SHEEHAN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH. (C) THE PEOPLE OF THE STATE OF NEW YORK v. DAVID HOWIE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD KEOGH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE CROMARTIE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE EDWARDS. (G) THE PEOPLE OF THE STATE OF NEW YORK v. ESTEBAN MELENDEZ. (H) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH DE VINO.— [In each action] Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ FRANK IX & SONS NEW YORK CORPORATION v. AMSCOT TEXTILE CORPORATION.— Motion for stay granted on condition that the appeal be perfected for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ In the Matter of KAYFIELD CONSTRUCTION CORP. v. NEWBOLD MORRIS, as Commissioner of Parks of the City of New York, et al.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 19, 1961, with notice of argument for January 12, 1962, said appeal to be argued or submitted when reached. Respondents' typewritten or mimeographed points are to be served and filed on or before January 3, 1962. Reply points, if any, are to be served and filed on or before January 8, 1962. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ 220–222 EAST 85TH ST., INC. v. MARVIN FASTENBERG et al.— Motion to correct or resettle supplemental record granted only insofar as to direct plaintiffs-appellants to correct the clerical and typographical errors contained in the supplemental record as set forth in the letter dated November 29, 1961 from Arthur C. Parker, Esq., to Copal Mintz, Esq. In all other respects,

the motion is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.